[No. 69239-9-I. Division One. January 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY SHAWN MOBLEY, *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 12-1-05006-3, Vickie I. Churchill, J., entered July 23, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Dwyer, JJ.

[No. 69248-8-I. Division One. January 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL THANH DONERY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00747-5, David A. Kurtz, J., entered August 24, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Spearman, JJ.

[No. 69277-1-I. Division One. January 21, 2014.]

ELIZABETH S. WASSON, *Respondent*, v. ANDREW O. SORENSEN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-01159-1, Carol A. Schapira, J., entered August 10, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Verellen, J.

[No. 69293-3-I. Division One. January 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT RALPH BERG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-08199-7, Barbara Linde, J., entered August 30, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Cox, JJ.